UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:24-cv-00307

———

**Walter Charles Link,**
*Plaintiff,*

v.

**Director, TDCJ,**
*Defendant.*

———

## ORDER

This habeas action was referred to a magistrate judge, who issued a report recommending that the court deny the petition on its merits and deny a certificate of appealability sua sponte. Doc. 19 at 26. Petitioner did not file objections to the report despite obtaining multiple extensions of time. Docs. 22, 25.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The petition is dismissed with prejudice. The court sua sponte denies a certificate of appealability. Any pending motions are denied as moot.

*So ordered by the court on July 8, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -